UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL A. CARTER,<br><br>            Petitioner,<br><br>     v.<br><br>FRANCISCO J. QUINTANA, WARDEN,<br><br>            Respondent. | CASE NO. CV 12-1832-VBF (PJW)<br><br>JUDGMENT |

For the reasons set forth in the Court's order filed herewith,

IT IS ADJUDGED that Plaintiff's Motion to Withdraw the Petition is granted and the action is dismissed without prejudice.

DATED: March 27, 2012.

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE